■ LAURA Z. GRUCZA et al., Appellants, v OSMOSE WOOD PRESERVING, INC., et al., Respondents. [639 NYS2d 754] ■

Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.

■ In the Matter of JAMES ALLEN, Appellant, et al., Petitioners, v PHILIP COOMBE, JR., as Acting Commissioner of the Department of Correctional Services, et al., Respondents. [639 NYS2d 197] Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.